

# Invoice

645 Forest Edge Drive
Vernon Hills, IL 60061

| Date | Invoice No. |
|---|---|
| 8/29/2017 | 18482 |

| Bill To | Ship To |
|---|---|
| Central Valley Speciality Hospital<br>730 17 th St<br>Modesto, CA 95354<br>USA | Central Valley Speciality Hospital<br>730 17 th St<br>Modesto, CA 95354<br>USA |

| S.O. No. | P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|---|
| 6006 | | Prepayment | RK | 8/29/2017 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Zoll M Series - Defibrillator SN(s): T07L97796; T05I74027; | 2 | 2,900.00 | 5,800.00 |
| Shipping | 1 | 25.00 | 25.00 |

| | |
|---|---|
| **Subtotal** | $5,825.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $5,825.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,825.00 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 847-419-0123 | 847-419-9171 | www.tasimed.com |

TERMS & CONDITIONS: 1) Unless otherwise stated above, all used equipment sold by the Alternative Source is sold AS IS, and WITH ALL FAULTS. THERE ARE NO WARRANTIES UNLESS OTHERWISE STATED BY THE ALTERNATIVE SOURCE, EXPRESS OR IMPLIED AS TO THESE GOODS, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY AND FITNESS. 2) The buyer further acknowledges that the Alternative Source is not the manufacturer of the product and does not adopt and hereby disclaims all such warranties provided by the manufacturer. 3) Buyer agrees to indemnify and hold harmless the Alternative Source for any liability arising because of injuries or damages caused by this equipment. 4) Alternative Source shall have no responsibility to notify Buyer of any manufacturer recall or potentially defective equipment. 5) Twenty-five (25%) of the invoice total will be charged for order cancellation. 6). NO RETURNS OF EQUIPMENT. All warranties provided by Alternative Source for repairs and maintenance only.



**645 Forest Edge Drive**
**Vernon Hills, IL 60061**

# Invoice

| Date | Invoice No. |
|---|---|
| 8/29/2017 | 18483 |

| Bill To | Ship To |
|---|---|
| Central Valley Speciality Hospital<br>730 17 th St<br>Modesto, CA 95354<br>USA | Central Valley Speciality Hospital<br>730 17 th St<br>Modesto, CA 95354<br>USA |

| S.O. No. | P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|---|
| 6038 |  | Prepayment | RK | 8/29/2017 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Kangaroo ePump - Feeding Pump  SN(s): C0515516; C0834946; C0616090; C0730759; C0617139; C13013305; C0617206; C0835093; C0617117; C0814193; C0717111; C0618284; C0617276; C0617137; C0835141; | 15 | 425.00 | 6,375.00 |
| Shipping | 1 | 85.00 | 85.00 |

| | |
|---|---|
| **Subtotal** | $6,460.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $6,460.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,460.00 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 847-419-0123 | 847-419-9171 | www.tasimed.com |

TERMS & CONDITIONS: 1) Unless otherwise stated above, all used equipment sold by the Alternative Source is sold AS IS, and WITH ALL FAULTS.  THERE ARE NO WARRANTIES UNLESS OTHERWISE STATED BY THE ALTERNATIVE SOURCE, EXPRESS OR IMPLIED AS TO THESE GOODS, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY AND FITNESS. 2)  The buyer further acknowledges that the Alternative Source is not the manufacturer of the product and does not adopt and hereby disclaims all such warranties provided by the manufacturer.  3)  Buyer agrees to indemnify and hold harmless the Alternative Source for any liability arising because of injuries or damages caused by this equipment.  4)  Alternative Source shall have no responsibility to notify Buyer of any manufacturer recall or potentially defective equipment. 5)  Twenty-five (25%) of the invoice total will be charged for order cancellation. 6). NO RETURNS OF EQUIPMENT. All warranties provided by Alternative Source for repairs and maintenance only.



**645 Forest Edge Drive**
**Vernon Hills, IL 60061**

# Invoice

| Date | Invoice No. |
|---|---|
| 10/2/2017 | 18826 |

| Bill To | Ship To |
|---|---|
| Central Valley Speciality Hospital<br>730 17 th St<br>Modesto, CA 95354<br>USA | Central Valley Speciality Hospital<br>730 17 th St<br>Modesto, CA 95354<br>USA |

| S.O. No. | P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|---|
| 6006 |  | Prepayment | RK | 10/2/2017 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Respironics BiPap Vision 582059 - Ventilatory Support System | 5 | 2,995.00 | 14,975.00 |
| Shipping & Handling | 1 | 257.88 | 257.88 |

| | |
|---|---|
| **Subtotal** | $15,232.88 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $15,232.88 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $15,232.88 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 847-419-0123 | 847-419-9171 | www.tasimed.com |

TERMS & CONDITIONS: 1) Unless otherwise stated above, all used equipment sold by the Alternative Source is sold AS IS, and WITH ALL FAULTS. THERE ARE NO WARRANTIES UNLESS OTHERWISE STATED BY THE ALTERNATIVE SOURCE, EXPRESS OR IMPLIED AS TO THESE GOODS, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY AND FITNESS. 2) The buyer further acknowledges that the Alternative Source is not the manufacturer of the product and does not adopt and hereby disclaims all such warranties provided by the manufacturer. 3) Buyer agrees to indemnify and hold harmless the Alternative Source for any liability arising because of injuries or damages caused by this equipment. 4) Alternative Source shall have no responsibility to notify Buyer of any manufacturer recall or potentially defective equipment. 5) Twenty-five (25%) of the invoice total will be charged for order cancellation. 6). NO RETURNS OF EQUIPMENT. All warranties provided by Alternative Source for repairs and maintenance only.



1700 S. Butterfield Rd.
Mundelein, IL 60060

# Invoice

| Date | Invoice No. |
|---|---|
| 12/29/2017 | 19828 |

| Bill To | Ship To |
|---|---|
| Colusa Medical Center<br>199 E. Webster St.<br>Colusa, CA 95932<br>USA | Colusa Medical Center<br>199 E. Webster St.<br>Colusa, CA 95932<br>USA |

| S.O. No. | P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|---|
| | | Prepayment | RK | 12/29/2017 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Equipment Purchased - Balance Owed | 1 | 80,987.88 | 80,987.88 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 847-419-0123 | 847-419-9171 | www.tasimed.com |

| | |
|---|---|
| **Subtotal** | $80,987.88 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $80,987.88 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $80,987.88 |

TERMS & CONDITIONS: 1) Unless otherwise stated above, all used equipment sold by the Alternative Source is sold AS IS, and WITH ALL FAULTS. THERE ARE NO WARRANTIES UNLESS OTHERWISE STATED BY THE ALTERNATIVE SOURCE, EXPRESS OR IMPLIED AS TO THESE GOODS, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY AND FITNESS. 2) The buyer further acknowledges that the Alternative Source is not the manufacturer of the product and does not adopt and hereby disclaims all such warranties provided by the manufacturer. 3) Buyer agrees to indemnify and hold harmless the Alternative Source for any liability arising because of injuries or damages caused by this equipment. 4) Alternative Source shall have no responsibility to notify Buyer of any manufacturer recall or potentially defective equipment. 5) Twenty-five (25%) of the invoice total will be charged for order cancellation. 6). NO RETURNS OF EQUIPMENT. All warranties provided by Alternative Source for repairs and maintenance only.



# Invoice

645 Forest Edge Drive
Vernon Hills, IL 60061

| Date | Invoice No. |
|---|---|
| 9/15/2017 | 18823 |

| Bill To | Ship To |
|---|---|
| Colusa Medical Center<br>199 E. Webster St.<br>Colusa, CA 95932<br>USA | Colusa Medical Center<br>199 E. Webster St.<br>Colusa, CA 95932<br>USA |

| S.O. No. | P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|---|
| 5978 | | Prepayment | RK | 9/15/2017 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Stryker Secure II - Hospital Bed | 30 | 600.00 | 18,000.00 |
| Kendall 7325 - SCD | 15 | 150.00 | 2,250.00 |
| Kangaroo ePump - Feeding Pump | 30 | 375.00 | 11,250.00 |
| KCI Bariatric Beds | 1 | 4,900.00 | 4,900.00 |
| Night - Stand | 50 | 75.00 | 3,750.00 |
| Bedside - Tables | 40 | 75.00 | 3,000.00 |
| Flow Meter O2 | 20 | 75.00 | 1,500.00 |
| Flow Meter Air | 20 | 75.00 | 1,500.00 |
| Vaccum Regulators | 25 | 245.00 | 6,125.00 |
| Bathroom Trash Cans | 60 | 10.00 | 600.00 |
| Zoll R Series - Defibrillator SN(s): AF11E015921; AF12K025144; AF14K041280; AF14J040343; | 4 | 5,900.00 | 23,600.00 |
| Respironics BiPap Vision 582059 - Ventilatory Support System | 10 | 2,995.00 | 29,950.00 |
| Verathon BVI 9400 - Bladder Scanner SN(s): B4014252 | 1 | 6,900.00 | 6,900.00 |
| Puritan Bennett 840 - Ventilator SN(s): 3510040625; 3510030420; 3510030426; 3510040670; 4200094962; | 5 | 6,900.00 | 34,500.00 |
| Steris Amsco LED585 Dual, LED Surgical Lights | 1 | 10,500.00 | 10,500.00 |
| Invacare Perfecto 2 (5 Ltr) - O2 Concentrator | 5 | 650.00 | 3,250.00 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 847-419-0123 | 847-419-9171 | www.tasimed.com |

**Subtotal**

**Sales Tax (0.0%)**

**Total**

**Payments/Credits**

# Balance Due



645 Forest Edge Drive
Vernon Hills, IL 60061

# Invoice

| Date | Invoice No. |
|---|---|
| 9/15/2017 | 18823 |

| Bill To | Ship To |
|---|---|
| Colusa Medical Center<br>199 E. Webster St.<br>Colusa, CA 95932<br>USA | Colusa Medical Center<br>199 E. Webster St.<br>Colusa, CA 95932<br>USA |

| S.O. No. | P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|---|
| 5978 | | Prepayment | RK | 9/15/2017 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Invacare Platinum (10 Ltr) - O2 Concentrator | 5 | 1,450.00 | 7,250.00 |
| HP Viridia 24C - Patient Monitor | 6 | 650.00 | 3,900.00 |
| Bair Hugger 505 - Patient Warmer  SN(s): 74923; 61490 | 2 | 800.00 | 1,600.00 |
| Gaymar MediTherm | 2 | 1,100.00 | 2,200.00 |
| Blanket Warmer (small) | 2 | 2,200.00 | 4,400.00 |
| MIR Spiro 2 - Spirometer  SN(s): A23-OY.07035; | 1 | 680.00 | 680.00 |
| Recliner - Recliner | 25 | 200.00 | 5,000.00 |
| Shipping | 1 | 4,600.00 | 4,600.00 |
| PAID $65,000.00 ON 8/4/14 CHECK#002031 | | | |

| Phone # | Fax # | Web Site |
|---|---|---|
| 847-419-0123 | 847-419-9171 | www.tasimed.com |

| | |
|---|---|
| **Subtotal** | $191,205.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $191,205.00 |
| **Payments/Credits** | -$65,000.00 |
| **Balance Due** | $126,205.00 |

TERMS & CONDITIONS: 1) Unless otherwise stated above, all used equipment sold by the Alternative Source is sold AS IS, and WITH ALL FAULTS.  THERE ARE NO WARRANTIES UNLESS OTHERWISE STATED BY THE ALTERNATIVE SOURCE, EXPRESS OR IMPLIED AS TO THESE GOODS, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY AND FITNESS. 2)  The buyer further acknowledges that the Alternative Source is not the manufacturer of the product and does not adopt and hereby disclaims all such warranties provided by the manufacturer. 3)  Buyer agrees to indemnify and hold harmless the Alternative Source for any liability arising because of injuries or damages caused by this equipment.  4)  Alternative Source shall have no responsibility to notify Buyer of any manufacturer recall or potentially defective equipment. 5)  Twenty-five (25%) of the invoice total will be charged for order cancellation. 6). NO RETURNS OF EQUIPMENT. All warranties provided by Alternative Source for repairs and maintenance only.



**645 Forest Edge Drive**
**Vernon Hills, IL 60061**

# Invoice

| Date | Invoice No. |
|---|---|
| 10/11/2017 | 18860 |

| Bill To | Ship To |
|---|---|
| Colusa Medical Center<br>199 E. Webster St.<br>Colusa, CA 95932<br>USA | Colusa Medical Center<br>199 E. Webster St.<br>Colusa, CA 95932<br>USA |

| S.O. No. | P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|---|
|  |  | Prepayment | RK | 10/11/2017 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Medivator EGP-100P - Endogator Irrigation Pump  SN(s): A3831; | 1 | 900.00 | 900.00 |
| Sony UP-25MD - Printer  SN(s): 714537; | 1 | 1,500.00 | 1,500.00 |
| API USC 5E with Basket Cleaner | 1 | 500.00 | 500.00 |
| Standard Open Cart with Mount for LED Monitor | 1 | 1,200.00 | 1,200.00 |
| National Display 26" Radiance Storz - LED Monitor  SN(s): SCWU26A1517 | 1 | 1,800.00 | 1,800.00 |
| Shipping | 1 | 350.00 | 350.00 |

| | |
|---|---|
| **Subtotal** | $6,250.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $6,250.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,250.00 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 847-419-0123 | 847-419-9171 | www.tasimed.com |

TERMS & CONDITIONS: 1) Unless otherwise stated above, all used equipment sold by the Alternative Source is sold AS IS, and WITH ALL FAULTS.  THERE ARE NO WARRANTIES UNLESS OTHERWISE STATED BY THE ALTERNATIVE SOURCE, EXPRESS OR IMPLIED AS TO THESE GOODS, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY AND FITNESS. 2)  The buyer further acknowledges that the Alternative Source is not the manufacturer of the product and does not adopt and hereby disclaims all such warranties provided by the manufacturer. 3)  Buyer agrees to indemnify and hold harmless the Alternative Source for any liability arising because of injuries or damages caused by this equipment.  4)  Alternative Source shall have no responsibility to notify Buyer of any manufacturer recall or potentially defective equipment. 5)  Twenty-five (25%) of the invoice total will be charged for order cancellation. 6). NO RETURNS OF EQUIPMENT. All warranties provided by Alternative Source for repairs and maintenance only.



1700 S. Butterfield Rd.
Mundelein, IL 60060

# Invoice

| Date | Invoice No. |
|---|---|
| 12/29/2017 | 19827 |

| Bill To | Ship To |
|---|---|
| Glenn Medical Center<br>1133 West Sycamore St.<br>Willows, CA 95988<br>USA | Glenn Medical Center<br>1133 West Sycamore St.<br>Willows, CA 95988<br>USA |

| S.O. No. | P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|---|
|  |  | Prepayment | RK | 12/29/2017 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Equipment Purchased - Balance Owed | 1 | 144,000.00 | 144,000.00 |

| | |
|---|---|
| **Subtotal** | $144,000.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $144,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $144,000.00 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 847-419-0123 | 847-419-9171 | www.tasimed.com |

TERMS & CONDITIONS: 1) Unless otherwise stated above, all used equipment sold by the Alternative Source is sold AS IS, and WITH ALL FAULTS. THERE ARE NO WARRANTIES UNLESS OTHERWISE STATED BY THE ALTERNATIVE SOURCE, EXPRESS OR IMPLIED AS TO THESE GOODS, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY AND FITNESS. 2) The buyer further acknowledges that the Alternative Source is not the manufacturer of the product and does not adopt and hereby disclaims all such warranties provided by the manufacturer. 3) Buyer agrees to indemnify and hold harmless the Alternative Source for any liability arising because of injuries or damages caused by this equipment. 4) Alternative Source shall have no responsibility to notify Buyer of any manufacturer recall or potentially defective equipment. 5) Twenty-five (25%) of the invoice total will be charged for order cancellation. 6). NO RETURNS OF EQUIPMENT. All warranties provided by Alternative Source for repairs and maintenance only.



645 Forest Edge Drive
Vernon Hills, IL 60061

# Invoice

| Date | Invoice No. |
|---|---|
| 8/25/2017 | 18468 |

| Bill To | Ship To |
|---|---|
| Pacific Gardens Medical Center<br>21530 Pioneer Blvd<br>Hawaiian Gardens, CA 90716<br>USA | Pacific Gardens Medical Center<br>21530 Pioneer Blvd<br>Hawaiian Gardens, CA 90716<br>USA |

| S.O. No. | P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|---|
| 5980 |  | Prepayment | RK | 8/25/2017 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Puritan Bennett 840 - Ventilator  SN(s): 3510022679; 3510022657; 3510040193; 3510053284; 3510040307; 3510030383; | 6 | 6,900.00 | 41,400.00 |
| Steris Harmony LED 585 Dual Head, Surgical Lights | 2 | 10,500.00 | 21,000.00 |
| Shipping | 1 | 1,215.00 | 1,215.00 |
| PAID $20,000.00 ON 8/4/17 CHECK#1016 | | | |

| | |
|---|---|
| **Subtotal** | $63,615.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $63,615.00 |
| **Payments/Credits** | -$20,000.00 |
| **Balance Due** | $43,615.00 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 847-419-0123 | 847-419-9171 | www.tasimed.com |

TERMS & CONDITIONS: 1) Unless otherwise stated above, all used equipment sold by the Alternative Source is sold AS IS, and WITH ALL FAULTS.  THERE ARE NO WARRANTIES UNLESS OTHERWISE STATED BY THE ALTERNATIVE SOURCE, EXPRESS OR IMPLIED AS TO THESE GOODS, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY AND FITNESS. 2)  The buyer further acknowledges that the Alternative Source is not the manufacturer of the product and does not adopt and hereby disclaims all such warranties provided by the manufacturer. 3)  Buyer agrees to indemnify and hold harmless the Alternative Source for any liability arising because of injuries or damages caused by this equipment.  4)  Alternative Source shall have no responsibility to notify Buyer of any manufacturer recall or potentially defective equipment. 5)  Twenty-five (25%) of the invoice total will be charged for order cancellation. 6). NO RETURNS OF EQUIPMENT. All warranties provided by Alternative Source for repairs and maintenance only.