**Ashley Cagigal**

| | |
|---|---|
| **From:** | rk8000@aol.com |
| **Sent:** | Friday, July 13, 2018 10:55 AM |
| **To:** | Ashley Cagigal |
| **Subject:** | Fwd: |

-----Original Message-----
From: rk8000 <rk8000@aol.com>
To: gia.smith <gia.smith@centralvalleyspecialty.org>
Sent: Mon, Oct 23, 2017 4:27 pm
Subject: Re:

Ty so much

Sent from my iPhone

On Oct 23, 2017, at 4:15 PM, "gia.smith@centralvalleyspecialty.org" <gia.smith@centralvalleyspecialty.org> wrote:

> I will being getting check to you today
>
> Sent from my iPhone
>
> On Oct 23, 2017, at 1:32 PM, rk8000@aol.com wrote:
>
>> Gia,
>>
>> I am being treated pretty lousy. I have bent over backwards to help central valley please pay me the money that was promised to me and don't just reply that your call up there.
>>
>>
>> Thank You
>>
>> Rick Kopin

**Ashley Cagigal**

---

| | |
|---|---|
| **From:** | rk8000@aol.com |
| **Sent:** | Friday, July 13, 2018 10:44 AM |
| **To:** | Ashley Cagigal |
| **Subject:** | Fwd: |

-----Original Message-----
From: rk8000 <rk8000@aol.com>
To: gia.smith <gia.smith@centralvalleyspecialty.org>
Sent: Tue, Nov 14, 2017 2:15 pm
Subject: Re:

thank you so Much I really would not be bugging you this much but its affecting my companies cash flow terribly

-----Original Message-----
From: gia.smith <gia.smith@centralvalleyspecialty.org>
To: rk8000 <rk8000@aol.com>
Sent: Tue, Nov 14, 2017 1:40 pm
Subject: Re:

I am working on it waiting some payments I apologize

Sent from my iPhone

On Nov 14, 2017, at 11:10 AM, rk8000@aol.com wrote:

> Can you update me on my payment in full for the equipment?
>
> Thank You
>
> Rick Kopin

**Ashley Cagigal**

| | |
|---|---|
| **From:** | rk8000@aol.com |
| **Sent:** | Friday, July 13, 2018 10:45 AM |
| **To:** | Ashley Cagigal |
| **Subject:** | Fwd: |

-----Original Message-----
From: rk8000 <rk8000@aol.com>
To: gia.smith <gia.smith@centralvalleyspecialty.org>
Sent: Thu, Dec 7, 2017 9:49 am

Gia,

i talked to dr. Singh Last week he told me i would be getting my money this week please please get me all my money i am in desperate need of it.

Thank You
Rick Kopin

**Ashley Cagigal**

| | |
|---|---|
| **From:** | rk8000@aol.com |
| **Sent:** | Tuesday, December 19, 2017 3:24 PM |
| **To:** | Ashley Cagigal |
| **Cc:** | Jim Hamilton |
| **Subject:** | Fwd: |

-----Original Message-----
From: gia.smith <gia.smith@centralvalleyspecialty.org>
To: rk8000 <rk8000@aol.com>
Cc: laddujind <laddujind@yahoo.com>
Sent: Tue, Dec 19, 2017 2:59 pm
Subject: Re:

I will be working on getting you paid prior to end of year. Thank you for your patients.

Sent from my iPhone

On Dec 19, 2017, at 12:49 PM, rk8000@aol.com wrote:

Dear Gia and Dr Singh

 I am writing this email as a last resort to get paid on my invoices. I have called and written been told I would be receiving my money only to not hear from anyone again. I always felt I was A friend to your company and also to you, but obviously I am just another vendor. I would like to hear back from someone when I will be receiving my money in full and if you choose not to i will have to go a different route to collect all my money for the equipment. I really hope you can find it in your heart to pay me right away as it has affected the stability of my company and would not enjoy seeking any damages if I were to lose money due to this.

Thank You

Rick Kopin

The Alternative Source Medical

**Ashley Cagigal**

| | |
|---|---|
| **From:** | rk8000@aol.com |
| **Sent:** | Tuesday, January 30, 2018 1:10 PM |
| **To:** | Ashley Cagigal |
| **Subject:** | Fwd: |

-----Original Message-----
From: gia.smith <gia.smith@centralvalleyspecialty.org>
To: rk8000 <rk8000@aol.com>
Sent: Tue, Jan 30, 2018 1:06 pm
Subject: Re:

You will get paid next week I will call you

Sent from my iPhone

On Jan 30, 2018, at 11:04 AM, rk8000@aol.com wrote:

> Gia
>
> Please let me know when I am going to get paid all the money for the equipment, I think I have been
> more then patient but my patience is wearing real thin I have the bank breathing down my back and are
> wondering why I have not sought means to collect it.
>
> Please give me a date and one that you can stand by
>
>
> Rick Kopin

1

**Ashley Cagigal**

| | |
|---|---|
| **From:** | Gia Smith <gia.smith@centralvalleyspecialty.org> |
| **Sent:** | Thursday, March 22, 2018 11:29 AM |
| **To:** | Ashley Cagigal |
| **Subject:** | RE: Payments |

30k done yesterday

**From:** Ashley Cagigal [mailto:a.cagigal@tasimed.com]
**Sent:** Tuesday, March 20, 2018 9:17 AM
**To:** Gia Smith
**Subject:** RE: Payments

Thank you.  We appreciate it. I will let Rick know. If you can, can you priority overnight it using our fedex account#165933834? Thanks

Thank You,

Ashley Cagigal

**The Alternative Source Medical LLC**
*Your Premium Source for new &  refurbished surgical equipment*
1700 South Butterfield Road
Mundelein, IL 60060
**PH**: 847.419.0123 **FAX**: 847.419.9171
www.TASImed.com



NOTICE OF CONFIDENTIALITY: The information contained in this transmission is attorney privileged and/or confidential and is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-21. This communication, and any documents, files or previous e-mail messages attached to it, is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication by you is strictly prohibited pursuant to 18 USC 2511 and other applicable laws.  If you are not the intended recipient or received this communication in error, please notify the sender immediately and delete all copies of this communication, including any attachments, without reading them or saving them to disk or hard drive.

**From:** Gia Smith [mailto:gia.smith@centralvalleyspecialty.org]
**Sent:** Tuesday, March 20, 2018 10:56 AM
**To:** Ashley Cagigal
**Subject:** RE: Payments

We will get something out today. I will call you. The check will be from Glenn Medical Center

**From:** Ashley Cagigal [mailto:a.cagigal@tasimed.com]
**Sent:** Tuesday, March 20, 2018 7:46 AM
**To:** gia.smith@centralvalleyspecialty.org
**Cc:** tammy.thompson@centralvalleyspeciality.org
**Subject:** Payments

1

Hey Gia,

Any updates on the payments owed to us?  Has anything been sent out?  Can I get some kind of answer so I don't have to keep bugging you guys?

Thank You,


Ashley Cagigal

**The Alternative Source Medical LLC**
*Your Premium Source for new &  refurbished surgical equipment*
1700 South Butterfield Road
Mundelein, IL 60060
**PH**: 847.419.0123 **FAX**: 847.419.9171
www.TASImed.com



**NOTICE OF CONFIDENTIALITY: The information contained in this transmission is attorney privileged and/or confidential and is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-21. This communication, and any documents, files or previous e-mail messages attached to it, is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication by you is strictly prohibited pursuant to 18 USC 2511 and other applicable laws.  If you are not the intended recipient or received this communication in error, please notify the sender immediately and delete all copies of this communication, including any attachments, without reading them or saving them to disk or hard drive.**